MOLLIE EAGLE, Appellant, *v.* BENJAMIN CHERNEY, Respondent, et al., Defendants.

Submitted March 1, 1948; decided March 11, 1948.

*Joseph Apfel* for motion.

No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.